```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WEST ALABAMA WOMEN'S      )
CENTER and WILLIAM J.     )
PARKER, M.D., on behalf of)
themselves and their      )
patients,                 )
                          )
     Plaintiffs,          )
                          )    CIVIL ACTION NO.
     v.                   )      2:15cv497-MHT
                          )          (WO)
DONALD E. WILLIAMSON,     )
M.D., in his official     )
capacity as State Health  )
Officer,                  )
                          )
     Defendant.           )
```

## ORDER

On August 4, 2015, this court entered an order temporarily enjoining enforcement of the requirements of Alabama Administrative Code § 420-5-1-.03(6)(b) against plaintiffs West Alabama Women's Center and William J. Parker, M.D. By its terms, that order will expire on August 18, 2015, at 2:00 p.m. Pursuant to the agreement of the parties during an on-the-record conference call held August 14, 2015, and for good

cause shown, it is ORDERED that the temporary restraining order (doc. no. 20) shall remain in effect until September 1, 2015, at 2:00 p.m.

It is further ORDERED that the temporary restraining order (doc. no 20) is amended to reflect the additional requirement stated in this court's temporary-restraining-order opinion (doc. no. 22) that the plaintiffs shall continue to engage in good-faith efforts to comply with the regulation as long as the order remains in effect.

It is further ORDERED that an on-the-record telephone conference is set for August 26, 2015, at 2:00 p.m., to determine whether the temporary restraining order (doc. no. 20) should be extended beyond September 1, 2015, or, instead, whether the court should hold a hearing on the motion for preliminary injunction (doc. no. 3).

DONE, this the 17th day of August, 2015.

                                     /s/ Myron H. Thompson  
                                  UNITED STATES DISTRICT JUDGE