IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

WEST ALABAMA WOMEN'S CENTER      )
and WILLIAM J. PARKER, M.D.,     )
on behalf of themselves and      )
their patients,                  )
                                 )
        Plaintiffs,              )
                                 )    CIVIL ACTION NO.
    v.                           )     2:15cv497-MHT
                                 )
DONALD E. WILLIAMSON, M.D.,      )
in his official capacity as      )
State Health Officer,            )
                                 )
        Defendant.               )

### ORDER

Upon consideration of plaintiffs' motion to lift the stay and to file a supplemental complaint (doc. no. 32), it is ORDERED that the defendant show cause, if any there be, in writing by June 10, 2016, as to why said motion should not be granted.

DONE, this the 2nd day of June, 2016.

                    /s/ Myron H. Thompson____
                 UNITED STATES DISTRICT JUDGE