IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 2:15cv497-MHT (WO) |
| v. | ) ) | |
| THOMAS M. MILLER, M.D., in his official capacity as State Health Officer, et al., | ) ) ) ) ) ) | |
| Defendants. | ) | |

JUDGMENT

Upon agreement of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that the joint motion to dismiss (doc. no. 78) is granted and that defendant Dr. James E. West is dismissed without prejudice from this action.  Defendant West and his employees, agents, and successors in office shall be bound by the terms of any Temporary Restraining Order and/or Injunction issued against the Attorney General and/or any of the other defendants by any court in this action so long as such

relief remains in effect as to any party. However, defendant West and his employees, agents, and successors shall not be liable for any award of attorneys' fees, costs, or other monetary damages that might be included as part of such relief. Nor shall defendant West and his employees, agents, and successors be bound by any relief that is subsequently reversed, vacated, set aside, or otherwise limited as to the Attorney General and/or any other defendants. However, defendant West, his employees, agents, and successors may take no enforcement action premised on a violation of SB 363 that occurred while such relief was in effect.

The clerk of the court is DIRECTED to terminate defendant West as a party.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 4th day of August, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**