IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER and WILLIAM J. PARKER, MD, on behalf of themselves and their patients,<br><br>                Plaintiffs,<br><br>v.<br><br>THOMAS M. MILLER, MD, in his official capacity as State Health Officer, *et al.,*<br><br>                Defendants. | CIVIL ACTION<br><br>Case No. 2:15-CV-497-MHT<br><br>**JOINT MOTION TO ENTER STIPULATION OF DISMISSAL OF CLAIMS CHALLENGING THE MEDICAL RECORDS REQUIREMENT** |

The undersigned parties jointly move the Court to enter the accompanying Proposed Stipulated Order, and in support of this motion state as follows:

1. In their First Supplemental Complaint, Plaintiffs challenged the constitutionality of Ala. Admin. Code r. 420-5-1-.03(6)(c)(4) (the "Medical Records Requirement"), in addition to challenging two separate statutes that Plaintiffs allege restrict access to abortion.

2. The parties have reached a mutual agreement that resolves Plaintiffs' challenge to the Medical Records Requirement.

3. Under the terms of the parties' agreement, West Alabama Women's Center, as well as any abortion clinic availing itself of Ala. Admin. Code r. 420-5-1-.03(6)(c) (permitting compliance with the rule if the clinic is unable to obtain a written contract with an outside covering physician), satisfies the Medical Record Requirement of the rule by (1) presenting each patient with a "Notification Regarding Medical Record," which enables a patient to elect to receive a copy of a discharge summary following her abortion procedure, but does not require all patients to receive such documentation against their wishes, and by (2) presenting each patient who wishes to receive such documentation with an abbreviated medical record in the form of a

"Discharge Summary." Copies of the "Notification Regarding Medical Record" and "Discharge Summary" forms agreed to by the parties are attached hereto as Exhibits A and B.

4. This stipulation fully resolves Plaintiffs' Count I and Count II of the First Supplemental Complaint, doc. no. 50, and those Counts may be dismissed.

5. The parties further agree that the Court shall retain jurisdiction over this matter to ensure the parties' compliance with the stipulation.

6. In light of the foregoing agreement, the parties respectfully move the Court to enter the accompanying Proposed Stipulated Order.

Dated: September 20, 2016

                Respectfully submitted,

                s/ Andrew Beck
                Andrew Beck*
                New York State Bar No. 4740114
                Alexa Kolbi-Molinas*
                New York State Bar No. 4477519
                Jennifer Lee*
                New York State Bar No. 4876272
                AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                125 Broad Street, 18th Floor
                New York, NY 10004
                abeck@aclu.org
                akolbi-molinas@aclu.org
                jlee@aclu.org
                (212) 549-2633

                Randall C. Marshall
                ASB-3023-A56M
                ACLU FOUNDATION OF ALABAMA, INC.
                P.O. Box 6179
                Montgomery, AL 36106-0179
                rmarshall@aclualabama.org
                (334) 265-2754

                *Attorneys for Plaintiffs*
                *\* Admitted pro hac vice*

s/ *Bethany L. Bolger*
P. Brian Hale
Bethany L. Bolger
Carol R. Gerard
Alabama Department of Public Health
P.O. Box 303017
Montgomery, AL 36130-3017
T | (334) 206-5209
F | (334) 206-5873
brian.hale@adph.state.al.us
bethany.bolger@adph.state.al.us
carol.gerard@adph.state.al.us

*Assistant Attorneys General on behalf of
Defendant Thomas M. Miller, M.D.*

## **CERTIFICATE OF SERVICE**

I, Andrew Beck, do hereby certify that on this ___20th___ day of September, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, thereby serving all counsel of record.

          s/ Andrew Beck_____
          Andrew Beck
          New York State Bar No. 4740114
          AMERICAN CIVIL LIBERTIES UNION FOUNDATION
          125 Broad Street, 18th Floor
          New York, NY 10004
          abeck@aclu.org
          (212) 549-2633