IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., on behalf of themselves and their patients, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv497-MHT (WO) |
| DR. THOMAS M. MILLER, in his official capacity as State Health Officer, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

PRELIMINARY-INJUNCTION ORDER

In accordance with the opinion entered today, it is ORDERED as follows:

(1) The motion for a preliminary injunction (doc. no. 53), filed by the plaintiffs, West Alabama Women's Center, Willie J. Parker, M.D., Alabama Women's Center, and Yashica Robinson White, M.D., is granted.

(2) The defendants, the Alabama State Health Officer, the Alabama Attorney General, and the district attorneys for Tuscaloosa and Madison Counties, and all those acting in concert with them, are each preliminarily **ENJOINED** and **RESTRAINED** from enforcing the State of Alabama's school-proximity law, 1975 Ala. Code § 22-21-35, and fetal-demise law, 1975 Ala. Code § 26-23G-1 et seq., until further order of the court.  This injunction does not extend to the private civil-enforcement provisions of the fetal-demise law.

(3) The bond requirement of Fed. R. Civ. P. 65(c) is waived.

DONE, this the 27th day of October, 2016.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**