**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | Case No. 2:15-CV-497-MHT |
| SCOTT HARRIS, M.D., et al., | |
| Defendants. | |

PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE EXPENSES

Pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure and 42 U.S.C. § 1988, Plaintiffs hereby move the Court for an award of their attorneys' fees and non-taxable expenses in this matter.[1]

1.     This case is a civil rights action brought pursuant to 42 U.S.C. § 1983.  On July 10, 2015, Plaintiffs West Alabama Women's Center ("WAWC") and Willie Parker, M.D., filed a complaint for declaratory and injunctive relief alleging that, as applied to Plaintiffs, Ala. Admin. Code § 420-5-1-.03(6)(b) imposed an undue burden in violation of the Fourteenth Amendment to the U.S. Constitution.  Doc. no. 1.  After the Court entered a temporary restraining order blocking enforcement of the regulation, doc. no. 20, the Court entered a stipulated order directing the Alabama Department of Public Health ("ADPH") to amend the challenged regulation and staying the litigation, *see* doc. no. 31.

2.     On July 6, 2016, with the Court's leave, Plaintiffs—joined by Alabama Women's Center and Yashica Robinson White, M.D.—filed a supplemental complaint challenging the constitutionality of ADPH's amended regulation (as applied to WAWC and Dr. Parker) and two

---

[1] A Bill of Costs was filed on November 3, 2017.  *See* doc. no. 142.

newly enacted statutes, Alabama Senate Bill 205, Reg. Sess. 2016 (the "school-proximity law"), and Alabama Senate Bill 363, Reg. Sess. 2016 (the "D&E ban").  Doc. no. 50.

3.     On September 29, 2016, pursuant to the parties' joint motion, the Court entered a judgment resolving Plaintiffs' challenge to ADPH's amended regulation subject to court-ordered requirements, in which the Court retained jurisdiction over the matter to ensure the parties' ongoing compliance.  Doc. no. 101.  On October 26, 2017, following an evidentiary hearing and the earlier entry of preliminary injunctive relief, the Court entered final judgment in favor of Plaintiffs in their challenge to the school-proximity law and the D&E ban.  Doc. no. 140.

4.     Pursuant to Plaintiffs' unopposed motions, this Court extended the deadline for Plaintiffs to file their motion for attorneys' fees and non-taxable expenses, first until 14 days after the issuance of the mandate by the Court of Appeals for the Eleventh Circuit, *see* doc. no. 145, and then until 30 days after the final disposition of the case by the Supreme Court, *see* doc. no. 158.

5.     On August 22, 2018, the Court of Appeals for the Eleventh Circuit issued an opinion affirming this Court's final judgment.  Doc. no. 160.  On June 28, 2019, the Supreme Court denied Defendants' petition for a writ of certiorari.  Doc. no. 161.  Plaintiffs are thus the prevailing parties in their suit and are entitled to an award of attorneys' fees and non-taxable expenses.  *See* 42 U.S.C. § 1988; *Dowdell v. City of Apopka*, 698 F.2d 1181, 1192 (11th Cir. 1983) (all reasonable expenses with the exception of routine overhead, may be taxed as costs under § 1988).

6.     Plaintiffs fairly estimate that they will seek to recover approximately $1,049,707 in attorneys' fees and approximately $23,394 in non-taxable expenses they incurred in this case, in addition to time spent seeking the recovery.

2

7.     Counsel have conferred and the parties will attempt to negotiate an agreed amount.  If an agreement cannot be reached, Plaintiffs respectfully propose October 28, 2019, as the date for submission of Plaintiffs' brief and declarations in support of this motion.


Dated: July 26, 2019


                              Respectfully submitted,

                              s/ Andrew Beck
                              Andrew Beck*
                              New York State Bar No. 4740114
                              Alexa Kolbi-Molinas*
                              New York State Bar No. 4477519
                              AMERICAN CIVIL LIBERTIES UNION
                              FOUNDATION
                              125 Broad Street, 18th Floor
                              New York, NY 10004
                              abeck@aclu.org
                              akolbi-molinas@aclu.org
                              (212) 549-2633

                              Randall C. Marshall
                              ASB-3023-A56M
                              ACLU FOUNDATION OF ALABAMA, INC.
                              P.O. Box 6179
                              Montgomery, AL 36106-0179
                              rmarshall@aclualabama.org
                              (334) 265-2754

                              *Attorneys for Plaintiffs*

                              *\* Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I, Andrew Beck, do hereby certify that on this 26th day of July, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, thereby serving all counsel of record.

s/ Andrew Beck
Andrew Beck
New York State Bar No. 4740114
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
abeck@aclu.org
(212) 549-2633