IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., on behalf of themselves and their patients,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DR. THOMAS M. MILLER, in his official capacity as State Health Officer, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　　2:15cv497-MHT<br>)　　　　(WO)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED, pursuant to the joint submission (doc. no. 166) concerning the court's judgment of September 29, 2016 (doc. no. 101), that (1) the court no longer retains jurisdiction of the settlement of the medical-records claims, and (2) the conference call, set for September 23, 2019, is canceled.

DONE, this the 12th day of August, 2019.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE