IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., on behalf of themselves and their patients, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. 2:15cv497-MHT (WO) |
| v. | ) ) ) | |
| MR. STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

The court having been informed that defendants Steve Marshall and Hays Webb succeeded defendants Luther Strange and Lyn Head (doc. no. 168 at 1-2), it is ORDERED that Steve Marshall and Hays Webb shall

replace Luther Strange and Lyn Head as the defendants in this case.

DONE, this the 20th day of September, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE