IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WEST ALABAMA WOMEN'S CENTER, et al., on behalf of themselves and their patients, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv497-MHT (WO) |
| MR. STEVE MARSHALL, in his official capacity as Alabama Attorney General, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the plaintiffs' motion for attorneys' fees and non-taxable expenses (doc. no. 162) and the parties' subsequent joint motion for an order concerning costs and attorneys' fees (doc. no. 168), it is ORDERED that both motions are granted as follows:

(1) Plaintiffs West Alabama Women's Center, Dr. William J. Parker, Alabama Women's Center, and Dr. Yashica Robinson White have asserted claims for costs and attorneys' fees.

(2) The Court finds that plaintiffs are "prevailing parties" under 42 U.S.C. § 1988.

(3) Plaintiffs, defendants, and their counsel represent that the parties have negotiated an agreement to resolve all claims for costs and attorneys' fees.

(4) In accordance with the parties' negotiated resolution, the court orders that the State of Alabama shall pay to the benefit of counsel for plaintiff the sum of $ 675,964.00 (six hundred seventy-five thousand nine hundred sixty-four dollars) in satisfaction of all claims for costs and attorneys' fees in this matter.

(5) Such payments will satisfy all claims for attorneys' fees and costs, taxable and

non-taxable, in this matter. Payment shall be made within thirty (30) days of the entry of this order.

DONE, this the 20th day of September, 2019.

                       /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE